FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIK ALBERTO XICOHTENCATL-CISNEROS,<br>Defendant. | Criminal Case No. 08CR2014-W<br><u>I N F O R M A T I O N</u><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about May 16, 2008, within the Southern District of California, defendant ERIK ALBERTO XICOHTENCATL-CISNEROS, did knowingly and intentionally import approximately 36.48 kilograms (80.25 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 17, 2008 .

KAREN P. HEWITT
United States Attorney

Carla Davis for

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
6/16/08